■ H. DAVID GOFF, Appellant, v STEPHEN E. PAUL, M.D., Defendant, and GUTHRIE CLINIC, LTD., Respondent. (Appeal No. 2.) [778 NYS2d 380]—Appeal from a judgment of the Supreme Court, Steuben County (Joseph W. Latham, A.J.), entered January 6, 2003. The judgment was entered, upon a jury verdict, dismissing the complaint against defendant Guthrie Clinic, Ltd. in a medical malpractice action.

It is hereby ordered that the judgment so appealed from be and the same hereby is affirmed without costs.

Same memorandum as *Goff v Paul* (8 AD3d 971 [2004]).

All concur except Gorski, J., who dissents and votes to reverse in accordance with the same dissenting memorandum as in *Goff v Paul* (8 AD3d 971, 972 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.